# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ENGELS MARCELINO,<br><br>  Defendant. | 2:20-mj-00274-VCF<br><br>**AMENDED ORDER** |

Before the court is the Second Motion to Modify Conditions of Pretrial Release (ECF NO. 15).

Accordingly,

IT IS HEREBY ORDERED that the Second Motion to Modify Conditions of Pretrial Release (ECF NO. 15) is GRANTED.

Marcelino's residence conditions are modified to delete the following conditions of release:

1. The defendant shall maintain residence at a halfway house or community corrections center as Pretrial Services or the supervising officer considers necessary.

2. The defendant shall pay all or part of the costs for residing at the halfway house or community corrections center based upon his/her ability to pay as Pretrial Services or the supervising officer determines.

Marcelino's residence conditions are modified to include the follow:

The defendant shall maintain current residence and may not move prior to obtaining permission from the Court, Pretrial Services, or the supervising officer.

IT IS SO ORDERED.

DATED this 14th day of July, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE