FILED / ENTERED — RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

July 29, 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| United States of America, | Case No. 2:20-mj-00274-VCF |
|---|---|
| Plaintiff, | **Order Granting Second Stipulation to Continue Preliminary Hearing** |
| v. | |
| Engels Marcelino, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that Engels Marcelino consents to continue the preliminary hearing for at least 60 days and that good cause exists to do so.

IT IS THEREFORE ORDERED that the preliminary hearing scheduled for July 30, 2020, at 4:00 p.m. is vacated and continued to September 28, 2020 at the hour of 4:00 PM in LV courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 29 day of July, 2020.

_____
Cam Ferenbach
United States Magistrate Judge

3