# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:20-mj-00274-VCF |
| Plaintiff, | **Order Granting Third Stipulation to Continue Preliminary Hearing** |
| v. | |
| Engels Marcelino, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that Engels Marcelino consents to continue the preliminary hearing for at least 60 days and that good cause exists to do so.

IT IS THEREFORE ORDERED that the preliminary hearing scheduled for September 28, 2020, at 4:00 p.m. is vacated and continued to 12/3/2020 at 11:00 AM in LV courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this __24__ day of September, 2020.

_____
Cam Ferenbach
United States Magistrate Judge

3