FILED
12/2/2020
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Engels Marcelino,<br><br>    Defendant. | Case No. 2:20-mj-00274-VCF<br><br>**Order Granting Fourth Stipulation to Continue Preliminary Hearing** |

Based on the stipulation of counsel, the Court finds that Engels Marcelino consents to continue the preliminary hearing for at least 60 days and that good cause exists to do so.

IT IS THEREFORE ORDERED that the preliminary hearing scheduled for December 3, 2020, at 11:00 a.m. is vacated and continued to 02/04/2021 at the hour of 10:00 am in LV courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 2 day of December, 2020.

_____
Cam Ferenbach
United States Magistrate Judge