FILED _____    _____ RECEIVED
_____ ENTERED    _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 08 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:20-mj-00274-VCF |
| Plaintiff, | **Order Granting Sixth Stipulation to Continue Preliminary Hearing** |
| v. | |
| Engels Marcelino, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that Engels Marcelino consents to continue the preliminary hearing for at least 45 days and that good cause exists to do so.

IT IS THEREFORE ORDERED that the preliminary hearing scheduled for April 9, 2021, at 10:00 a.m. is vacated and continued to

May 14, 2021 at 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 8th day of April 2021.

_____
Cam Ferenbach
United States Magistrate Judge