```
                    ✓ FILED          ___ RECEIVED
                    ___ ENTERED      ___ SERVED ON
                           COUNSEL/PARTIES OF RECORD

                         SEP  1 2021

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
                BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:21-CR-132-GMN-DJA |
|---|---|
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| ENGELS MARCELINO, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Engels Marcelino to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Engels Marcelino pled guilty. Criminal Information, ECF No. 35; Plea Agreement, ECF No. 37; Arraignment & Plea, ECF No. 38; Preliminary Order of Forfeiture, ECF No. 39.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The government could not reasonably identify any potential claimants for service in lieu of publication pursuant to Fed. R. Crim. P. 32.2(b)(6)(C) with Fed. R. Civ. P. Supp. Rule G(4)(a)(i)(A).

/ / /

1  This Court finds no petition was filed herein by or on behalf of any person or entity
2  and the time for filing such petitions and claims has expired.
3  This Court finds no petitions are pending regarding the property named herein and
4  the time has expired for presenting such petitions.
5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
6  all possessory rights, ownership rights, and all rights, titles, and interests in the property
7  hereinafter described are condemned, forfeited, and vested in the United States pursuant to
8  Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. §
9  924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of
10 according to law:

1. an M-48, wooden bolt action rifle 8 mm with a 25 inch barrel and unknown serial number;
2. a Savage Model 110E Series K, wooden bolt action rifle bearing serial number C645296; and
3. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED  Sept 1  , 2021.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

2